Crotty J.
Part, I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NATIONAL FOOTBALL LEAGUE
MANAGEMENT COUNCIL,

               *Plaintiff,*

v.

NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION,

               *Defendant.*

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2017

Case No.:17-cv-06761-KPF

**ORDER TO SHOW CAUSE FOR
TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION**

Upon the National Football League Players Association's ("NFLPA") accompanying Memorandum of Law, Answer, and Counterclaim dated October 16, 2017, with exhibits annexed thereto, all prior pleadings in this case and the case pending in the Eastern District of Texas, Case No. 4:17-cv-00615-ALM, the declarations of Joseph Arceneaux, Jr., dated October 16, 2017, Jason Cohen, dated August 31, 2017, and David L. Greenspan, dated October 16, 2017, and no previous application for the relief herein requested has been made to this court, it is hereby

ORDERED that the National Football League Management Council and National Football League (collectively, "NFL") show cause before Honorable Katherine Polk Failla, at the United States Courthouse, Courtroom 618, 40 Foley Square, New York, New York 10007, on or before 30th day of October, 2017, at 10 A.M. as the Court may direct, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the NFL from enforcing Ezekiel Elliott's six-game suspension until either this Court or the U.S. District Court for the Eastern District of Texas decides the NFLPA's counterclaim or claim to vacate the September 5, 2017 arbitral decision issued by Arbitrator Harold Henderson; and it is further

Crotty J.
Part, I

ORDERED that, sufficient reason having been shown therefor, pending the hearing and determination of this motion for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the NFL shall be temporarily restrained and enjoined from enforcing Ezekiel Elliott's six-game suspension pending further proceedings before Honorable Katherine Polk Failla; and it is further

ORDERED that security in the amount of $100,000 be posted by the NFLPA prior to October 19, 2017, at 5PM of that day; and it is further

ORDERED that service of a copy of this Order and the papers upon which it is based, upon the NFL or its counsel, by hand or overnight mail, on or before October 18, 2017, shall be deemed good and sufficient service thereof; and it is further

ORDERED that answering papers, if any, shall be served so as to be received by the NFLPA's attorneys, WINSTON & STRAWN LLP, 200 Park Avenue, New York, New York, 10166, attn.: Jeffrey L. Kessler, Esq., on October 24, 2017; and it is further

ORDERED that reply papers, if any, shall be served so as to be received by the NFL's attorneys, AKIN GUMP STRAUSS HAUER & FELD LLP, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036, attn..: Daniel L. Nash, on October 27, 2017.

Dated: New York, New York
October 17, 2017

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge