UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, | |
| *Plaintiff*, | Case No. 1:17-cv-06761-KPF |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, | **ORDER** |
| *Defendant*. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 16, 2018

On October 19, 2017, Defendant National Football League Players Association posted security with the Clerk of Court in the amount of $100,000 (Dkt. #14; Receipt Number 4654011932223) pursuant to a temporary restraining order issued in this case by the Honorable Paul A. Crotty, sitting as Part I Judge. (Dkt. #30). Defendant's subsequent motion for a preliminary injunction was denied by this Court on October 30, 2017. (Dkt. #51). Having made no finding that the temporary restraining order was improperly issued under Fed. R. Civ. P. 65(c), this Court now directs the Clerk of the Court to release to Defendant or its counsel the full amount of the security posted, plus any interest accrued since the date that the funds were deposited into an interest-bearing account.

SO ORDERED.

Dated:   January 16, 2018
         New York, New York

_____
HON. KATHERINE POLK FAILLA
United States District Judge